# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | | |
| MCDONNELL DOUGLAS CORPORATION AND GENERAL DYNAMICS CORPORATION, | * * | |
| Plaintiffs, | * | No. 91-1204C |
| v. | * | Filed: July 24, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * * | | |

**ORDER**

The court does not have any objections to defendant's request to file a supplement brief. Its motion for leave is therefore GRANTED. If the brief raises any new issues, we will extend plaintiffs the opportunity to provide limited responses to such matters.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge