# In the United States Court of Federal Claims

**No. 91-1204 C**

**MCDONNELL DOUGLAS CORPORATION AND GENERAL DYNAMICS CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order and Opinion, filed May 3, 2007, granting defendant's motion for judgment upon additional findings, and denying plaintiff's cross-motion and all pending motions,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. No costs.

Brian Bishop
Clerk of Court

**May 3, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.