#066493

ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**McDONNELL DOUGLAS CORPORATION**
**And GENERAL DYNAMICS CORPORATION**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 91-1204C**
**(Judge Hodges)**

FILED
MAY 4 2007
U.S. COURT OF
FEDERAL CLAIMS

## NOTICE OF APPEAL

Notice is hereby given that McDonnell Douglas Corporation in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on May 3, 2007.

Respectfully submitted,

Caryl A. Potter, III
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., #600 East Tower
Washington, D.C. 2005
(202) 408-6400

Attorney for Plaintiff
McDonnell Douglas Corporation

Dated: May 4, 2007

Of Counsel:
Elizabeth A. Ferrell
Roger K. Heidenreich
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W., #600 East Tower
Washington, D.C. 20005
(202) 408-6400

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Appeal was served on May 4, 2007 on the following person by hand:

Bryant G. Snee
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

and by facsimile and by federal express on the following person:

Linda L. Listrom
Jenner & Block
One IBM Plaza
Chicago, IL 60611

Elizabeth A Frill

25201743\V-1