FORM 22. Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

**McDonnell Douglas Corporation** ) Appeal from ❑ U.S. Discrict Court for ______________

❑ Court of International Trade

☒ Claims Court

—VERSUS— ) TRIAL COURT NO. **91-1204C**

) CIRCUIT COURT NO. ______________

**United States**

TRANSCRIPT PURCHASE ORDER

(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL. When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:

( ) A transcripts is not needed for the appeal

( x ) A transcript is already on file

( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

( ) Private Funds

( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED [signature] DATE 5/14/07 COUNSEL FOR **McDonnell Douglas Corporation**

ADDRESS **1301 K Street, NW, Suite 600 East Tower, Washington, DC 20005**

TELEPHONE **(202) 408-6400**

PART II - TO BE COMPLETED BY THE COURT REPORTER

2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.

Date Purchase Order received: ______________

Estimated completion date: ______________

Estimated number of pages: ______________

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

______________________________

Signature and Date

Telephone ______________

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.

(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed. ________ volumes of transcript have been filed with the Trial Court today.

______________________ ______________________

Date Signature

Reset Fields

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Transcript Purchase Order was served on May 14, 2007 on the following persons by hand:

Heritage Reporting Corporation (3 copies served)
1220 L Street, NW
Suite 600
Washington, D.C. 20005

Bryant G. Snee
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

and by facsimile and federal express on the following person:

Linda L. Listrom
Jenner & Block
One IBM Plaza
Chicago, IL 60611

[signature]