#066586

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 30 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| McDONNELL DOUGLAS CORPORATION and GENERAL DYNAMICS CORPORATION, Plaintiffs, | ) | No. 91-1204C (Judge Hodges) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that General Dynamics Corporation in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on May 3, 2007. General Dynamics Corporation also preserves its right to further review of the issues raised in the prior appeals to the Federal Circuit in this action, which were decided by opinions filed on July 1, 1999 and March 17, 2003.

Respectfully submitted,

Linda L. Listrom by W. J. DeMarchi

Linda L. Listrom
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350
*Attorney for Plaintiff*
*General Dynamics Corporation*

Dated: May 30, 2007

Of Counsel:
Donald B. Verrilli, Jr.
David A. Churchill
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Washington, D.C. 20005
(202) 639-6000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appeal was served on May 30, 2007 by first class mail, postage prepaid, on the following persons:

Bryant G. Snee
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, DC 20530

Caryl A. Potter, III
Sonnenschein Nath & Rosenthal
1301 K Street, NW
Washington, DC 20005

Linda L. Listrom by [signature]