IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE BOEING COMPANY (SUCCESSOR TO MCDONNELL DOUGLAS CORPORATION) AND GENERAL DYNAMICS CORPORATION, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 91-1204C ) (Chief Judge Patricia E. Campbell- ) Smith) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By mutual agreement of the parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Rules of

the United States Court of Federal Claims, plaintiffs, The Boeing Company (successor to

McDonnell Douglas Corporation) and General Dynamics Corporation, and defendant, the United

States, hereby stipulate to the dismissal, with prejudice, of this case in accordance with the

Settlement Agreement reached by the parties.  Each party will bear its own costs, attorneys' fees

and expenses.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

s/ David A Churchill
DAVID A. CHURCHILL
Jenner & Block LLP
1099 New York Avenue, NW
Washington, DC 20001
Tele. (202) 639-6000
Facsimile (202) 639-6066

s/ Bryant G. Snee
BRYANT G. SNEE
Acting Director

KIRK T. MANHARDT
PATRICIA M. McCARTHY
Assistant Directors
Commercial Litigation Branch

E-mail:  dchurchill@jenner.com
*Attorney for Plaintiff General*
*Dynamics Corporation*

s/ Charles J. Cooper
CHARLES J. COOPER
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Tele. (202) 220-9600
Facsimile (202) 220-9601
E-mail:  ccooper@cooperkirk.com

*Attorney for Plaintiff The Boeing*
*Company (successor to McDonnell*
*Douglas Corporation)*

January 23, 2014

Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20011
Tele. (202) 514-7300
Facsimile (202) 514-8624
E-mail:  bryant.snee@usdoj.gov

Of Counsel:

WENDELL A. KJOS
Department of the Navy

*Attorneys for Defendant*

<u>CERTIFICATE OF FILING</u>

I hereby certify that on this 23rd day of January 2014, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


    <u>   s/Patricia M. McCarthy</u>